## James McKniff *v.* The County of Delaware, Appellant.

*Costs—Constable's fees—Mileage—Serving subpœnas—Statutes.*

Under the Act of May 23, 1893, P. L. 117, a constable is entitled to mileage at the rate of ten cents per mile one way in the execution of a warrant. For serving a subpœna he may legally charge fifty cents for each person named in the subpœna and actually served.

Argued Nov. 17, 1897. Appeal, No. 71, Oct. T. 1897, by defendant, from judgment of C. P. Delaware Co., June T., 1897, No. 135, in favor of plaintiff on case stated. Before RICE, P. J., WICKHAM, BEAVER, ORLADY, SMITH and PORTER, JJ. Affirmed.

Case stated. Before CLAYTON, P. J.

It appears from the case stated that a warrant was issued to the plaintiff, a constable, for the arrest of one James Artwell, charged with malicious mischief. A subpœna for six witnesses was issued and handed to said constable for service. The constable subpœnaed the said six witnesses and arrested the said James Artwell. Artwell was discharged for want of evidence. The constable presented his bill to the county commissioners

for $3.00 for serving said subpœna, which was refused, the balance of the bill having been paid.

If the court be of the opinion that the county is required to pay the plaintiff fifty cents for each person named on the subpœna, then judgment for plaintiff and against the defendant for $2.50, and if the court be of the opinion that the defendant is only liable for fifty cents for a subpœna, no matter how many names appear on the subpœna, then judgment for defendant.

The court entered judgment in favor of the plaintiff for $2.50. Defendant appealed.

*Error assigned* was entry of judgment for plaintiff.

*Isaac Johnson*, with him *T. Speer Dickson*, for appellant.

*W. Roger Fronefield*, for appellee.

OPINION BY WICKHAM, J., March 21, 1898:

For reasons, sufficiently set forth in the opinion, this day filed, in the case of Price v. The County of Lancaster, ante, p. 119, the judgment in this case is hereby affirmed.

*Costs—Constable's fees—Mileage—Serving subpœnas—Statutes.*

Under the Act of May 23, 1893, P. L. 117, a constable is entitled to mileage at the rate of ten cents per mile one way in the execution of a warrant. For serving a subpœna he may legally charge fifty cents for each person named in the subpœna and actually served.

